IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS T. MACKABE,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 15-cv-651-slc

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff's attorneys a fee for court work in the amount of $17,437.70 to be payable out of plaintiff's past-due benefits directly to plaintiff's lead counsel, Frederick J. Daley, Jr., with counsel forthwith refunding directly to plaintiff the previously amended EAJA fee of $5,500.

| s/ V.Olmo, Deputy Clerk | 4/04/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |